IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HARVEY CHAMPAIGN,

    Plaintiff,

v.                                              Case No. 22-CV-232 KG/SCY

CENTURYLINK COMMUNICATIONS and its SUBSIDIARIES,
LUMEN TECHNOLOGIES, INC., and its SUBSIDIARIES,
and QWEST COMMUNICATIONS and its SUBSIDIARIES,

    Defendants.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Order granting dismissal and summary judgment (Doc. 30) filed March 1, 2023, all claims against Defendants CenturyLink Communications and Lumen Technologies, Inc. are hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE