IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HARVEY CHAMPAIGN,

   Plaintiff,

v.                                                  Cause No. 1:22-CV-232 KG-SCY

CENTURYLINK COMMUNICATIONS and its SUBSIDIARIES,
LUMEN TECHNOLOGIES, INC., and its SUBSIDIARIES,
and QWEST COMMUNICATIONS and its SUBSIDIARIES

   Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Parties' Stipulated Motion for Dismissal with Prejudice of Plaintiff's Complaint against Defendant Qwest Corporation, the Court, having considered the Stipulated Motion, and being advised that the Parties have resolved this matter, finds that the Motion is well-taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims that were or could have been asserted by or against the Parties are hereby dismissed with prejudice. Each party shall bear their own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted and Approved by:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Mia K. Lardy*
Mia K. Lardy
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800
mlk@modrall.com
*Attorney for Defendant Qwest Corporation*

And

By: */s/Harvey Champaign approved via email dated October 26, 2023*
Harvey Champaign
*Pro Se Plaintiff*
P.O. Box 5136 Farmington, NM 87499
505-486-5416
Champaign001@yahoo.com